CITY OF ELKHART *v.* PRIBBLE, TREASURER.

[No. 26,772. Filed April 30, 1937. Rehearing denied
June 8, 1937.]

*Hawley O. Burke,* for appellant.

*Howard R. Inebnit,* for appellee.

PER CURIAM—This was an action instituted by the appellant against the appellee, as treasurer of Elkhart County, Indiana, to restrain and enjoin him from collecting taxes assessed against appellant's municipally owned and operated public utilities.

The same questions are presented in the instant case as were presented in the case of *John F. DeHaven et al.* v. *Municipal City of South Bend, Indiana,* ante 194, 7 N. E. (2d) 184, decided by this court on the 31st day of March, 1937. On the authority of that case, the instant case is affirmed.

Judgment affirmed.